UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 87-cv-40045-JPG-7 |
| KIRK A. LINDSTROM, | |
| Defendant. | |

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant Kirk Lindstrom's Motion for Expungement (Doc. 810). Lindstrom's motion states that this case was over thirty years ago, and that he would like to have his criminal record expunged. The Court must dismiss Lindstrom's motion for lack of jurisdiction. The United States Court of Appeals for the Seventh Circuit used to subscribe to the view "that a district court has inherent authority to reopen a closed criminal case to consider a request to expunge the judicial record based on an equitable balancing test that weighs the public and private interests at stake." *United States v. Wahi*, 850 F.3d 296, 298 (7th Cir. 2017). However, in *Wahi*, the Court of Appeals reversed course and held that a district court lacks jurisdiction to expunge the court records of a convicted defendant. *Id.* The Court reasoned that there is no statutory grant of general jurisdiction to expunge the judicial record of a criminal case on equitable grounds. *Id.* at 300. Nor is there ancillary jurisdiction to take such action. *Id.* It noted that the Supreme Court's decision in *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), restricted the areas in which courts could exercise its ancillary jurisdiction (sometimes called "inherent power"). It could exercise ancillary jurisdiction only "(1) to permit disposition by a single court of claims that are, in varying respects and degrees, factually interdependent, and (2) to enable a court to function successfully, that is, to manage its

proceedings, vindicate its authority, and effectuate its decrees." *Kokkonen*, 511 U.S. at 379–80. In *Wahi*, the Court of Appeals held that expungement decisions did not fall within either permissible area. *Wahi*, 850 F.3d at 302–03. Accordingly, the Court DISMISSES Defendant Kirk Lindstrom's Motion for Expungement (Doc. 810).

**IT IS SO ORDERED.**
**DATED**:   October 30, 2025

                                                                           s/ J. Phil Gilbert
                                                                         **J. PHIL GILBERT**
                                                                         **United States District Judge**